NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Megan Gray
GrayMatters Law & Policy
2017 Kalorama Road NW # 3
Washington, DC 20009
202-468-8869

ATTORNEY(S) FOR: Rube P. Hoffman Co., Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rube P. Hoffman Company, Inc., dba Hoffman California International Fabrics<br>Plaintiff(s),<br>v.<br>Earthwise Bag Company, Inc., a California company, Bunzl Distribution Inc., a Missouri company, and Albertsons Companies, Inc., a<br>Defendant(s) | CASE NUMBER:<br>8:25-CV-2838<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Rube P. Hoffman Co., Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Rube P. Hoffman Company, Inc. | plaintiff |
| Earthwise Bag Company, Inc. | defendant |
| Bunzl Distribution Inc. | defendant |
| Albertsons Companies, Inc. | defendant |
| Adobe Inc. | possible indemnifier to defendant Earthwise |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, a nongovernmental corporation, hereby discloses that:

Plaintiff has no parent corporation; and no publicly held corporation owns 10% or more of the stock of Plaintiff.

12/28/2025
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Megan Gray