Previn A. Wick (CA Bar No. 216167)
Previn.Wick@huschblackwell.com
**HUSCH BLACKWELL LLP**
355 S Grand Ave Suite 2850
Los Angeles, CA 90071
Telephone 213-337-6549

Michael R. Annis (MO# 47374)*
**HUSCH BLACKWELL LLP**
Mike.Annis@huschblackwell.com

Avery Hitchcock (WI# 1126995)*
**HUSCH BLACKWELL LLP**
Avery.Hitchcock@huschblackwell.com

*Admitted *Pro Hac Vice*

*Attorneys for Defendants Earthwise Bag Co., Inc., Bunzl Distribution Inc., and Albertsons Cos., Inc.*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| RUBE P. HOFFMAN COMPANY, INC., a California corporation, d.b.a. HOFFMAN CALIFORNIA INTERNATIONAL FABRICS,<br><br>        Plaintiff,<br><br>v.<br><br>EARTHWISE BAG COMPANY, INC., a California company, BUNZL DISTRIBUTION INC., a Missouri company, and ALBERTSONS COMPANIES, INC., a Delaware company,<br><br>        Defendants. | Case No: 8:25-CV-2838<br><br>**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW INCORRECTLY FILED DOCUMENTS** |

Case No: 8:25-CV-2838                                                DEFENDANTS' UNOPPOSED MOTION

HB: 4911-0297-4877

Defendants Earthwise Bag Company, Inc. ("Earthwise"), Bunzl Distribution Inc. ("Bunzl"), and Albertsons Companies, Inc. ("Albertsons") (collectively, "Defendants"), by and through undersigned counsel, respectfully moves this Court for an order withdrawing and removing from the docket previously filed documents ECF Nos. 25-27. In support of this Motion, Defendants state as follows:

1.     On April 1, 2026, Defendants filed their respective answers to the Complaint of Plaintiff Rube P. Hoffman Company, Inc. ("Plaintiff" or "Hoffman"). Earthwise's Answer was filed at ECF No. 25; Bunzl's Answer was filed at ECF No. 26; and Albertsons' Answer was filed at ECF No. 27.

2.     Subsequently, Defendants filed their corrected Answers the same day. Earthwise's Answer was filed at ECF No. 28; Bunzl's Answer was filed at ECF No. 29; and Albertsons' Answer was filed at ECF No. 30.

3.     The corrected documents (ECF Nos. 28-30) supersede and replace the previously filed documents (ECF Nos. 25-27) in their entireties.

4.     The foregoing corrected documents were still filed on or before the date on which Defendants were under a duty to answer the Complaint (ECF No. 01), April 1, 2026.

5.     Defendants' counsel has conferred with counsel for Plaintiff, who indicates no objection to this motion.

WHEREFORE, Defendants respectfully request that this Court enter an order withdrawing ECF Nos. 25-27 from the record, directing the Clerk of Court to remove ECF Nos. 25-27 from the public docket; and recognizing ECF Nos. 28-30 as the operative filings.

Dated: April 2, 2026                Respectfully Submitted,

                                   */s/ Michael R. Annis*
                                   Previn A. Wick (CA Bar No. 216167)
                                   Previn.Wick@huschblackwell.com
                                   HUSCH BLACKWELL LLP
                                   355 S Grand Ave Suite 2850
                                   Los Angeles, CA 90071
                                   Telephone 213-337-6549

                                   Michael R. Annis (MO# 47374)*
                                   **HUSCH BLACKWELL LLP**
                                   8001 Forsyth Blvd., Suite 1500
                                   St. Louis, MO 63105
                                   Telephone: (314) 480-1500
                                   Facsimile: (314) 480-1505
                                   Mike.Annis@huschblackwell.com

                                   Avery Hitchcock (WI# 1126995)*
                                   **HUSCH BLACKWELL LLP**
                                   511 N. Broadway, Suite 1100
                                   Milwaukee, WI 53202-5502
                                   Telephone: (414) 273-2100
                                   Facsimile: (414) 223-5000
                                   Avery.Hitchcock@huschblackwell.com

                                   *Admitted *Pro Hac Vice*

                                   ***Attorney for Defendants Earthwise Bag Co., Inc., Bunzl Distribution Inc., and Albertsons Cos., Inc.***